IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUDE C, by his mother and next friend, Sonia C; LIAM C, by his mother and next friend, Sonia C,<br><br>*Plaintiffs*,<br><br>v.<br><br>THEODORE DALLAS, the Secretary of the Pennsylvania Department of Human Services,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 15-01065 |

## **ORDER**

**AND NOW**, this 21st day of June, 2016, upon consideration of Defendant Theodore Dallas's ("Dallas") Motion to Dismiss (ECF No. 13), Plaintiffs' Response (ECF No. 14), Dallas's Reply (ECF No. 15) and oral argument heard on May 24, 2016 (ECF No. 19), it is hereby **ORDERED** that Plaintiffs' Amended Complaint (ECF No. 11) is **DISMISSED** for lack of subject matter jurisdiction.  The Motion to Dismiss is **DENIED** as moot.

The Clerk of Court shall close this matter.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1